E. WALTER CARTER v. THE STATE.

No. 8932.   Delivered November 5, 1924.

Rehearing denied, January 16, 1925.

**Seduction.**

No statement of fact nor bills of exception appearing in the record, the case is affirmed.

Appeal from the District Court of Freestone County. Tried below before the Hon. J. R. Bell, Judge.

Appeal from a conviction of seduction, penalty two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Freestone county of seduction, and his punishment fixed at two years in the penitentiary.

This case is before us on appeal without a statement of facts or bills of exception. We have examined the indictment and the charge of the court and believe same to be in conformity with law. An affirmance will be ordered.

*Affirmed.*